Certificate Number: 03088-ILN-DE-034993248

Bankruptcy Case Number: 16-40871



03088-ILN-DE-034993248

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 17, 2020, at 5:54 o'clock PM CDT, James P Rome completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: October 17, 2020

By: /s/Tania Roman

Name: Tania Roman

Title: Counselor I